**Order filed July 28, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00335-CV
_____

### CHARLES CLINE AND JASON O&G EQUIPMENT, INC., Appellant

### V.

### AXON WELL INTERVENTION PRODUCTS, INC., Appellee

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2012-74424**

## ORDER

The clerk's record was filed June 15, 2016. Our review has determined that a relevant item has been omitted from the record. *See* Tex. R. App. P. 34.5(c). Accordingly, the Harris County District Clerk is directed to file a supplemental clerk's record on or before **August 8, 2016**, containing the following document:

June 13, 2016    Plaintiff Axon Well Intervention Product, Inc.'s Notice of Appeal

If the requested item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the item is not a part of the case file.

PER CURIAM